# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| Terence Karenbauer | Case No. 2:10-cv-01326-JFC |
| Plaintiff, | |
| v. | **REQUEST FOR CLERK'S ENTRY OF DEFAULT** |
| National Check Processing, LLC, | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Federal Rule of Civil Procedure 55(a), respectfully moves this honorable Court to enter the default of defendant National Check Processing, LLC, ("National") for failure to plead or otherwise defend this action.  In support hereof, Plaintiff states as follows:

The clerk of court must enter a party's default when that party has failed to plead or otherwise defend against a claim for affirmative relief. Fed R. Civ. P. 55(a).  In this action, a process server served National with the summons and complaint on December 14, 2010. *See* Doc.5. As such, National's answer was due on January 4, 2011. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  As of today's date, National has failed to file or serve Plaintiff with a responsive pleading.  National has failed to plead or otherwise defend this action.

WHEREFORE, Plaintiff respectfully requests that this honorable Court enter National's default upon the record.

RESPECTFULLY SUBMITTED,

Legal Helpers, PC

By: /s/ Jeffrey S. Hyslip
    Jeffrey S. Hyslip
    233 S. Wacker Dr., Suite 5150
    Chicago, IL 60606
    Telephone: 866-339-1156
    Email: jsh@legalhelpers.com
    Attorneys for Plaintiff

CLERK'S ENTRY OF DEFAULT

ROBERT V. BARTH, JR. CLERK

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2011, Notice of this filing will be sent by operation of

the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The

following party was served through U.S. Mail:

National Check Processing, LLC
c/o Michelle Turner, Registered Agent
10605 Theresa Dr, Suite 6
Jacksonville, FL 32246

                        /s/ Jeffrey S. Hyslip