# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| Terence Karenbauer<br><br>        Plaintiff,<br><br>v.<br><br>National Check Processing, LLC,<br><br>        Defendant. | Case No. 2:10-cv-01326-JFC<br><br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action without prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:    /s/ Jeffrey S. Hyslip__
       Jeffrey S. Hyslip
       Attorney for Plaintiff
       The Sears Tower
       Suite 5150
       Chicago, IL 60606
       Telephone: 1.866.339.1156
       Jsh@legalhelpers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2011, Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served by placing a copy of the same in the U.S. Mail on March 17, 2011:

National Check Processing, LLC
c/o Michelle Turner, Registered Agent
10605 Theresa Dr, Suite 6
Jacksonville, FL 32246

        /s/ Jeffrey Hyslip